ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 13 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

NELSON W.S. GOO   #2945
733 BISHOP STREET, #2302
HONOLULU, HAWAII 96813
VOICE MAIL: 1-866-578-6436

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00200SOM-01 |
| Plaintiff, | ) | MOTION TO MODIFY SUPERVISED RELEASE |
| vs. | ) | |
| NICOL H. BOTELHO, | ) | |
| Defendant. | ) | |

_____

<u>MOTION TO MODIFY SUPERVISED RELEASE</u>

COMES NOW the Defendant, Nicol H. Botelho, by and through her counsel, Nelson W.S. Goo, and respectfully moves this Honorable Court to modify supervised release, specifically to delete, <u>nunc pro tunc</u>, any requirement for interest payments as part of restitution.

This Motion is based upon the records and files of this case, and such further evidence and arguments as may be adduced at the hearing on this Motion.

Dated: Honolulu, Hawaii, November 10, 2006.

Nelson W.S. Goo
Attorney for Defendant