CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following:

>LESLIE OSBOURNE
>ASSISTANT U.S. ATTORNEY
>ROOM 6100, PJKK FEDERAL BLDG.
>300 ALA MOANA BLVD., P.O. BOX 50183
>HONOLULU, HAWAII 96850
>
>DEREK M. KIM
>U.S. PROBATION OFFICER
>300 ALA MOANA BLVD., ROOM C-110
>P.O. BOX 50111
>HONOLULU, HAWAII 96850-0001

by hand delivering same on ___11/13/06___.

DATE: Honolulu, Hawaii, ___11/13/06___.

_____

-4-