IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00200 SOM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING NICOL |
| vs. | ) | BOTELHO'S MOTION TO MODIFY |
| | ) | SUPERVISED RELEASE |
| NICOL H. BOTELHO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING NICOL BOTELHO'S MOTION
TO MODIFY SUPERVISED RELEASE

   This court, having received no opposition from the Government to Defendant Nicol Botelho's Motion to Modify Supervised Release, and having also been informed that the entity to which restitution will be paid has no objection, grants that motion. Interest is waived on the restitution amount. This order is consistent with an agreement reached in a civil proceeding concerning payments to be made by Defendant.

   DATED: Honolulu, Hawaii; November 27, 2006.



/s/ Susan Oki Mollway
_____
Susan Oki Mollway
United States District Judge